In the Matter of JOSEPH CIBULAS et al., Respondents, against VILLAGE OF MENANDS, Appellant.—

Crapser, Bliss, Heffernan and Schenck, JJ., concur; Hill, P. J., concurs for a reversal and for decreasing the award to $5,000.

BESSIE E. HASKELL, Appellant, v. ERNEST GROSSMAN, Respondent.—

All concur.